IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BELEN PAUGH, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

WALGREEN CO.,

        Defendant.

Case No.: 1:12-cv-21229-JEM

**WALGREEN CO.'S SUPPLEMENTAL CITATION TO NEWLY DECIDED CASE**

Defendant Walgreen Co. supplementally submits to the Court a recent order entered by Judge Williams in *Birmingham v. Walgreen Co.*, Case No. 12-60922 (S.D. Fla. Jan. 7, 2014) in connection with its joinder in the motion for preliminary approval (D.E. 61 and D.E. 63), and pursuant to its obligations under Local Rule 3.8 to provide notice regarding this related case.

Dated: January 8, 2014.

Respectfully submitted,

*/s/ Wendy J. Stein*
Wendy J. Stein, Esq.
Fla. Bar No. 389552

KELLER LANDSBERG PA
Broward Financial Centre
500 East Broward Boulevard, Suite 1400
Fort Lauderdale, FL 33394
Phone: 954.761.3550
Fax:    954.525.2134
Email: wendy.stein@kellerlandsberg.com
*Counsel for Defendant*

and

Jeffrey M. Thompson, Esq.
John E. Radmer, Esq.
MEAGHER & GEER, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402

{00244784.1 }

                        Tel:  (612) 338-0661
                        Fax:  (612) 877-3090
                        Email:  Jthompson@meagher.com
                        Email:  JRadmer@meagher.com
                        *Pro Hac Vice* for Defendant Walgreen Co.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 8th day of  January, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send the foregoing to:  **JASON KELLOGG, ESQ.**, Levine Kellogg Lehman Schneider & Grossman LLP, Attorneys for Plaintiff, 201 South Biscayne Blvd., 34th Floor, Miami, FL 33131; Tel: (305) 403-8788; Fax: (305) 403-8789; Email: jk@lkllaw.com; **J. ANDREW MEYER, ESQ.**, Morgan & Morgan, P.A., 201 North Franklin Street, 7th Floor, Tampa, FL 33602; Tel: (813) 223-5505; Fax: (813) 223-5402; Email: ameyer@forthepeople.com; **SCOTT WM WEINSTEIN, ESQ.**, Morgan & Morgan, P.A., 12800 University Drive, Suite 600, Fort Myers, FL 33907-5337; Tel: (239) 433-6880; Fax: (239) 433-6836; Email: sweinstein@forthepeople.com.

                    By:    */s/ Wendy J. Stein*
                              Wendy J. Stein, Esq.
                              Fla. Bar No. 389552
                              *Counsel for Defendant*