IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

BELEN PAUGH, individually
and on behalf of all others similarly
situated,                                                CASE NO.: 12-cv-21229-JEM

       *Plaintiff*,

v.

WALGREEN COMPANY,

       *Defendant.*

_____/

**PLAINTIFF'S NOTIFICATION OF 90 DAYS EXPIRING ON HER UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AGREEMENT**

Pursuant to S.D. Fla. L.R. 7.1(B)(3), Plaintiff Belen Paugh files this Notification of 90 Days

Expiring, and states:

1.     On July 2, 2013, Paugh filed her Motion for Preliminary Approval of Settlement

Agreement in this class action case.  [D.E. 62].

2.     Defendant does not oppose the motion.

3.     Paugh respectfully notifies this Court that its Motion remains pending.

CASE NO.: 12-cv-21229-JEM

Dated:  January 9, 2014

/s/ Jason Kellogg
J. ANDREW MEYER, ESQUIRE
Florida Bar No. 0056766
ameyer@forthepeople.com
TAMRA GIVENS, ESQUIRE
Florida Bar No. 657638
tgivens@forthepeople.com
RACHEL SOFFIN, ESQUIRE
Florida Bar No. 0018054
rsoffin@forthepeople.com
**MORGAN & MORGAN, P.A.**
201 North Franklin Street
7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  (813) 223-5402

**SCOTT WM WEINSTEIN, ESQUIRE**
Florida Bar No. 563080
MORGAN & MORGAN, P.A.
12800 University Drive, Suite 600
Fort Myers, FL  33907-5337
Telephone: (239) 433-6880
Facsimile:  (239) 433-6836
Email:  sweinstein@forthepeople.com

*Attorneys for Plaintiff*

/s/ Jason Kellogg
JASON KELLOGG, ESQUIRE
Florida Bar No. 0578401
jk@lkllaw.com
BRANDON M. THOMPSON
Florida Bar No. 084746
bmt@lkllaw.com
**LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP**
201 So. Biscayne Boulevard
22nd Floor
Miami, FL 33131
Telephone:     (305) 403-8788

2

CASE NO.: 12-cv-21229-JEM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 9, 2014, the foregoing was electronically filed with

the Clerk of the Court using CM/ECF which will send a notice of electronic filing to the attorneys

listed in the Service List below.

/s/ Jason Kellogg
Jason Kellogg

## SERVICE LIST

Jeffrey M. Thompson
Meagher & Greet, PLLP
33 South Sixth Street
Suite 4400
Minneapolis, MN 55402
612-338-0661
E-mail: jthompson@meagher.com

Wendy J. Stein
Keller Landsberg PA
Broward Financial Center
500 E. Broward Boulevard
Suite 1400
Fort Lauderdale, FL 33394
954-761-3550
E-mail: wendy.stein@kellerlandsberg.com